UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CR406-00361-001 |
| | ) |
| KRYSTYLL GARDNER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Krystyll Gardner's motion to supplement the record on appeal in the above-referenced case, to which the government is not opposed. For good cause shown, it is hereby ORDERED that Gardner's motion be and is GRANTED. The record in the above-styled case shall be supplemented by the inclusion of a copy of Bryant Keith Sharpe's sentencing hearing transcript, Doc. 243, Case No. CR405-331, and by the inclusion of the Court's written "Statement of Reasons" related to the imposition of Gardner's sentence.

SO ORDERED this 26 day of July, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA